| | |
|---|---|
| Orin Snyder (*pro hac vice*)<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | Joshua S. Lipshutz (SBN: 242557)<br>jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| Kristin A. Linsley (SBN 154148)<br>klinsley@gibsondunn.com<br>Brian M. Lutz (SBN 255976)<br>blutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | Paul J. Collins (SBN 187709)<br>pcollins@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |

*Attorneys for Nominal Defendant Facebook, Inc., Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Peter Thiel, Reed Hastings, Erskine Bowles, Susan Desmond-Hellmann, and Jan Koum*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH F. HALLISEY, derivatively on behalf of FACEBOOK, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, SHERYL K. SANDBERG, MARC L. ANDREESSEN, PETER A. THIEL, REED HASTINGS, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMANN, and JAN KOUM,<br><br>Defendants,<br><br>and<br><br>FACEBOOK, INC.,<br><br>Nominal Defendant. | CASE NO. 4:18-cv-01792-HSG<br><br>**DERIVATIVE ACTION**<br><br>**FACEBOOK, INC.'S RESPONSE TO MOTION TO INTERVENE**<br><br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 22, 2018 |
| NATALIE OCEGUEDA, derivatively on behalf of FACEBOOK, INC., a Delaware Corporation,<br><br>Plaintiffs, | CASE NO. 4:18-cv-01893-HSG |

Gibson, Dunn & Crutcher LLP

RESPONSE TO MOTION TO INTERVENE
CASE NOS. 4:18-CV-01792-HSG, 4:18-CV-01893-HSG, 4:18-CV-01834-HSG,
4:18-CV-01929-HSG, & 4:18-CV-02011-HSG

v.

MARK ZUCKERBERG, SHERYL SANDBERG, MARC ANDREESSEN, PETER A. THIEL, REED HASTINGS, ERSKINE B. BOWLES, SUSAN DESMOND-HELLMANN, and JAN KOUM,

    Defendants,

  and

FACEBOOK, INC.,

    Nominal Defendant.

RONALD MARTIN, derivatively on behalf of FACEBOOK, INC., a Delaware Corporation,

    Plaintiffs,

v.

MARK ZUCKERBERG, MARC L. ANDREESSEN, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMANN, REED HASTINGS, JAN KOUM, SHERYL K. SANDBERG and PETER A. THIEL,

    Defendants,

  and

FACEBOOK, INC.,

    Nominal Defendant.

CASE NO. 4:18-cv-01834-HSG

Gibson, Dunn & Crutcher LLP

RESPONSE TO MOTION TO INTERVENE
CASE NOS. 4:18-CV-01792-HSG, 4:18-CV-01893-HSG, 4:18-CV-01834-HSG, 4:18-CV-01929-HSG, & 4:18-CV-02011-HSG

| | |
|---|---|
| JAMES KARON, derivatively on behalf of FACEBOOK, INC., a Delaware Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARK ZUCKERBERG, SHERYL K. SANDBERG, MARC L. ANDREESSEN, PETER A. THIEL, REED HASTINGS, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMAN, and JAN KOUM,<br><br>    Defendants. | CASE NO. 4:18-cv-01929-HSG |
| GLORIA STRICKLIN TRUST, derivatively on behalf of FACEBOOK, INC., a Delaware Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARK ZUCKERBERG, SHERYL K. SANDBERG, MARC L. ANDREESSEN, PETER A. THIEL, REED HASTINGS, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMANN, and JAN KOUM,<br><br>    Defendants,<br><br>  and<br><br>FACEBOOK, INC.,<br><br>    Nominal Defendant. | CASE NO. 4:18-cv-02011-HSG |

Gibson, Dunn & Crutcher LLP

RESPONSE TO MOTION TO INTERVENE
CASE NOS. 4:18-CV-01792-HSG, 4:18-CV-01893-HSG, 4:18-CV-01834-HSG, 4:18-CV-01929-HSG, & 4:18-CV-02011-HSG

Nominal Defendant Facebook, Inc. ("Facebook") respectfully submits this response to Movant Karen Sbriglio's Motion to Intervene in the five above-captioned shareholder derivative actions pending before this Court (collectively, the "California Derivative Actions"). Sbriglio, who filed a substantially similar derivative action in the Court of Chancery of the State of Delaware arising out of the same alleged facts and circumstances as the California Derivative Actions,[1] seeks to intervene in the California Derivative Actions for the purpose of objecting to the May 21, 2018 Stipulation and Proposed Order consolidating the California Derivative Actions into a single action (the "Stipulation") and enforcing, on behalf of Facebook, the Delaware exclusive forum provision in Facebook's Restated Certificate of Incorporation. Facebook takes no position on Sbriglio's Motion, but submits this Response to make clear that once the California Derivative Actions are consolidated into a single action, Facebook intends to move to dismiss and/or stay the California Derivative Actions on the grounds, among others, that Facebook's charter designates the Court of Chancery of the State of Delaware as "the sole and exclusive forum for . . . any derivative action or proceeding brought on behalf of the corporation." Facebook's Restated Certificate of Incorporation, at Art. IX., attached as Exhibit A to the Declaration of Brian Lutz ("Lutz Decl."); *see also* Stipulation, ¶ 15.

Facebook also notes that it is a defendant in 29 purported consumer actions arising from the alleged misuse of user data by Cambridge Analytica. On June 6, 2018, the Judicial Panel on Multidistrict Litigation issued an order centralizing eight of the consumer actions before Judge Chhabria in the Northern District of California, before whom eleven other consumer actions are pending, and indicating that the remaining consumer actions would be the subject to forthcoming conditional transfer orders. *See In Re: Facebook, Inc., Consumer Privacy User Profile Litigation*, MDL No. 2843, ECF No. 140 (attached as Ex. B to Lutz Decl.). The Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order as to six additional consumer actions on June 8, 2018. *See id.*, ECF No. 142 (attached as Ex. C to Lutz Decl.). The MDL Panel's June 6 Order also noted the pendency of "several shareholder derivative … actions pending in the Northern District of California" and that "some responding parties have addressed their inclusion in centralized

---

[1] *Sbriglio v. Zuckerberg, et al.*, No. 2018-0307-JRS.

Gibson, Dunn & Crutcher LLP

1
RESPONSE TO MOTION TO INTERVENE
CASE NOS. 4:18-CV-01792-HSG, 4:18-CV-01893-HSG, 4:18-CV-01834-HSG,
4:18-CV-01929-HSG, & 4:18-CV-02011-HSG

proceedings." Lutz Decl. Ex. B at n. 3. The MDL Panel has not issued a conditional transfer order regarding any shareholder derivative action.

We look forward to discussing these issues at the Case Management Conference on June 27, 2018.

Dated: June 13, 2018

                                      Respectfully submitted,

                                      GIBSON, DUNN & CRUTCHER LLP


                                      By:    /s/ Orin Snyder
                                                 Orin Snyder
                                                 200 Park Avenue
                                                 New York, N.Y. 10166-0193
                                                 Tel: 212.351.4000
                                                 Fax: 212.351.4035
                                                 osnyder@gibsondunn.com

                                                 Joshua S. Lipshutz
                                                 1050 Connecticut Avenue, N.W.
                                                 Washington, D.C. 20036-5306
                                                 Tel: 202.955.8500
                                                 Fax: 202.467.0539
                                                 jlipshutz@gibsondunn.com

                                                 Kristin A. Linsley
                                                 Brian M. Lutz
                                                 555 Mission Street
                                                 Suite 3000
                                                 San Francisco, CA 94105-0921
                                                 Tel: 415.393.8200
                                                 Fax: 415.374.8306
                                                 klinsley@gibsondunn.com
                                                 blutz@gibsondunn.com

                                                 Paul J. Collins
                                                 1881 Page Mill Road
                                                 Palo Alto, CA 94304-1211
                                                 Tel: 650.849.5300

Gibson, Dunn & Crutcher LLP

2
RESPONSE TO MOTION TO INTERVENE
CASE NOS. 4:18-CV-01792-HSG, 4:18-CV-01893-HSG, 4:18-CV-01834-HSG,
4:18-CV-01929-HSG, & 4:18-CV-02011-HSG

Fax: 650.849.5333
pcollins@gibsondunn.com

*Attorneys for Nominal Defendant Facebook, Inc., Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Peter Thiel, Reed Hastings, Erskine Bowles, Susan Desmond-Hellmann, and Jan Koum*

3
RESPONSE TO MOTION TO INTERVENE
CASE NOS. 4:18-CV-01792-HSG, 4:18-CV-01893-HSG, 4:18-CV-01834-HSG,
4:18-CV-01929-HSG, & 4:18-CV-02011-HSG

Gibson, Dunn & Crutcher LLP