# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GLORIA STRICKLIN TRUST, derivatively on behalf of FACEBOOK, INC.

Plaintiff(s),

v.

MARK ZUCKERBERG, et al.

Defendant(s).

Case No: 4:18-CV-02011-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Catherine Pratsinakis, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Movant Karen Sbriglio, Derivative Plaintiff in Delaware Action intervening in the above-entitled action. My local co-counsel in this case is Jennifer S. Coleman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Dilworth Paxson LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 | Hopkins & Carley, A Law Corporation<br>70 S. First Street<br>San Jose, CA 95113 |
| MY TELEPHONE # OF RECORD:<br>(215) 575-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 286-9800 |
| MY EMAIL ADDRESS OF RECORD:<br>cpratsinakis@dilworthlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jcoleman@hopkinscarley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 88086.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: June 12, 2018

/s/ Catherine Pratsinakis
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Catherine Pratsinakis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/26/2018

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
Hon. Haywood S. Gilliam, Jr.



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Catherine Pratsinakis, Esq.*

DATE OF ADMISSION

*November 29, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 30, 2017

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk